UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin Rouse, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>Hilton Worldwide Holdings Inc.,<br><br>        Defendant. | Case No. 20-cv-00800 (SRN/ECW)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

---

Thomas J. Lyons, Jr., Consumer Justice Center, P.A., 367 Commerce Court, Vadnais Heights, MN 55127 for Plaintiff Kevin Rouse.

Raj N. Shah and Yan Grinblat, DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606 and Richard R. Voelbel, Felhaber Larson, 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402 for Defendant Hilton Worldwide Holdings, Inc.

---

This matter is before the Court upon the Stipulation Of Dismissal With Prejudice filed in this matter [Doc. No. 28].

Based on the stipulation, IT IS HEREBY ORDERED that all claims of Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: November 10, 2020                    s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge