# UNITED STATES DISTRICT COURT
## District of Minnesota

Kevin Rouse,   **JUDGMENT IN A CIVIL CASE**

           Plaintiff(s),

v.   Case Number: 20-cv-800 SRN/ECW

Hilton Worldwide Holdings, Inc.,

           Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All claims of Plaintiff against Defendant are dismissed, with prejudice.

Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: 11/12/2020   KATE M. FOGARTY, CLERK